IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )
    v.                       )   CRIMINAL ACTION NO.
                             )      2:12cr221-MHT
WILLIE C. MOODY,             )
```

ORDER

It is ORDERED that the motion for severance (doc. no. 149) is set for submission, without oral argument, on August 16, 2013, with any opposition brief due by August 12, 2013, and any reply to the opposition due by August 16, 2013.

DONE, this the 5th day of August, 2013.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE