IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:12cr221-MHT |
| WILLIE C. MOODY | ) | (WO) |

OPINION AND ORDER

This cause is before the court on defendant Willie C. Moody's motion for severance. During an on-the-record telephone conference held on October 16, 2013, counsel for the government, Moody, and co-defendant Mark Allan Vinson (with whom Moody will be tried) all agreed that the motion is now moot.

***

Accordingly, it is ORDERED that the motion for severance filed by defendant Willie C. Moody (doc. no. 149) is denied without prejudice.

DONE, this the 17th day of October, 2013.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**