IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:12cr221-MHT |
| WILLIE C. MOODY | ) | (WO) |

ORDER

In light of the representations made on the record on April 1, 2014, the court finds that there are "exceptional reasons" why defendant Willie C. Moody's detention would not be appropriate, as set forth in 18 U.S.C. § 3145(c). Specifically, the court finds that defendant Moody requires inpatient substance-abuse treatment and that a 'bed' will be available for him at the Chemical Addictions Program, which is such a facility, as of April 3, 2014. The court understands that, after defendant Moody completes the 21-day Chemical Addictions Program, he may be eligible for continued treatment at the Herring Houses. The court also finds that defendant Moody is not likely to flee or pose a

danger to the safety of any other person or the community if released. The government does not object to defendant Moody's release to obtain inpatient substance-abuse treatment.

Therefore, it is ORDERED that:

(1) Upon the availability of a bed at the Chemical Addictions Program, defendant Willie C. Moody is to be released from custody, under such conditions as shall be determined by the magistrate judge, to complete that Program.

(2) If, after successfully completing the Chemical Addictions Program, defendant Moody is eligible for and a bed is available at the Herring Houses, his release should be continued, under such conditions as shall be determined by the magistrate judge, to complete that program as well.

DONE, this the 2nd day of April, 2014.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE