IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:12-cr-221-MHT |
| WILLIE C. MOODY | ) | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING
AND MOTION TO SEAL AFFIDAVIT**

COMES NOW the defendant, Willie C. Moody, by and through undersigned counsel, in the above-styled case and moves this Honorable Court for a continuance of the sentencing hearing in this matter presently set for June 25, 2014. In support thereof, the defendant shows as follows:

1. The defendant was named in a second superseding indictment (hereinafter referred to as "the indictment") filed on November 14, 2013 with (1) one count of conspiracy to distribute and possess with the intent to distribute 50 grams or more of methamphetamine, (2) three counts of possession with the intent to distribute and distribution of methamphetamine, and (3) fourteen counts of using a communication facility to further the drug conspiracy. (Doc #266)

2. Jury selection took place on March 24, 2014 and the trial commenced immediately after the jury was struck. The Jury found the defendant guilty of all counts on March 27, 2014, with the exception that the defendant was found guilty of less than 50 grams of methamphetamine as to count 1. (Doc #425)

3. Sentencing is set for June 25, 2014. (Doc #464)

4. In preparing for sentencing, the undersigned has become aware of certain potential evidence which could mitigate the defendant's sentence.

5. The undersigned counsel has spoken with the government counsel generally about the instant motion. Government counsel <u>does not</u> oppose the requested continuance

6.  In support of the instant motion, the undersigned has prepared and attached his affidavit setting forth in detail the grounds for the continuance. The affidavit, however, contains protected attorney work product revealing the undersigned's thought process for the sentencing. At this point, without the realization of certain anticipated evidence, the undersigned is not in a position to reveal the protected attorney work product to the government. Accordingly, the undersigned moves this Court for leave to file the affidavit *ex parte* and under **seal**.

**WHEREFORE,** premises considered, the undersigned counsel respectfully requests that the sentencing hearing in this matter set for June 25, 2014, be continued for at least 60 days, and for such other and further relief as the Court finds just and equitable.

s/David R. Clark
**DAVID R. CLARK (CLA078)**
Attorney for Willie C. Moody
830 Peachtree Street
Prattville, Alabama 36066
TEL: (334) 361-7750
FAX: (334) 361-7748
E-mail: david@attorneydavidclark.com

CERTIFICATE OF SERVICE

    I hereby certify that on June 12, 2014 I filed the foregoing with the Clerk of the Court and hand-delivered a true and correct copy upon <u>Verne Speirs, Esq.,</u> at the U.S. Attorney's Office for the Middle District of Alabama, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:
None.

/s/David R. Clark

**DAVID R. CLARK (CLA078)**
Attorney for Willie C. Moody
830 Peachtree Street
Prattville, Alabama 36066
TEL: (334) 361-7750
FAX: (334) 361-7748
E-mail: david@attorneydavidclark.com