IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| V | CRIMINAL ACTION NUMBER: 2:12cr221-MHT (WO) |
| WILLIE C. MOODY | |

### NOTICE OF CLAIM OF VERNON F. JOHNSON

Comes now Vernon F. Johnson and pursuant to 21 USC §853 files this his Notice of Claim to the property owned by himself and the Defendant, Willie C. Moody. He specifically shows the Court as follows:

1. He is the owner or co-owner of the 162.01 acres of land and the 4.62 acres of land as described in paragraph one of the government's Corrected Preliminary Order of Forfeiture.

2. He acquired the 162 acre tract and the 4.62 acres of land on February 9, 2001.

3. A copy of the deed showing his right and interest in the property is attached hereto as Exhibit A.

4. He is an innocent third party and has nothing to do with the criminal activities that the Defendant, Willie C. Moody, was engaged in.

5. He owns a legitimate half-interest in the property subject to being forfeited.

**WHEREFORE** he requests that a hearing be held to determine the validity of his claim in and to the forfeited property, and to determine the validity and extent of his interest in the property. He further requests that the property be sold and his interest conveyed and cashed to him, or in the alternative, that the land be partitioned and he be given the complete ownership and title to fifty percent of the property in question. He further requests the Court to have a hearing.

I, Vernon F. Johnson, hereby certify and attest under the penalties of perjury that the above facts are true and correct.

_____        7/8/14
**VERNON F. JOHNSON**                          DATE

Subscribed before me this the 8th day of July, 2014.

_____
Notary Public
My Commission Expires: 11/5/2017
(Seal)

STATE OF ALABAMA, COUNTY OF ELMORE

Before me, the undersigned Notary Public for the State of Alabama at Large, hereby certify that **VERNON F. JOHNSON** who is known to me and being by me first duly sworn deposes and says on oath: that he has read the above and foregoing and the facts contained therein are true and correct.

_____
**VERNON F. JOHNSON**

Subscribed before me this the 8 day of July, 2014.

_____
Notary Public
My Commission Expires: 11/5/2017
(Seal)

### CERTIFICATE OF SERVICE

I, do hereby certify that I have delivered a copy of the foregoing pleading on Kevin P. Davidson, P.O. Box 197, Montgomery, Alabama 36101-0197, by depositing a copy thereof by way of United States mail, addressed to the last known address, first class mail, postage prepaid, on this the _____8th_____ day of July 2014.

_____
**VERNON F. JOHNSON**