S. P. 260,000.00

RLP 2001 5655
Recorded in Above Book and Page
02/13/2001 09:32:24 AM
JIMMY STUBBS
PROBATE JUDGE
Elmore County, AL

## WARRANTY DEED

**STATE OF ALABAMA**
**COUNTY OF ELMORE**

Deed Tax       260.00
Recording Fee   12.00
TOTAL          272.00

**KNOW ALL MEN BY THESE PRESENTS,** That in consideration of One Hundred and No/100 --- Dollars and all other good and valuable consideration, to the undersigned grantor, **PLANTATION LAKES, L.L.C., a limited liability company,** (herein referred to as GRANTOR), in hand paid by the GRANTEE herein, the receipt of which is hereby acknowledged, the said GRANTOR does by these presents, grant, bargain, sell and convey unto **V.F. JOHNSON AND BILLY MOODY** (herein referred to as GRANTEE), the following described real estate, situated in **ELMORE** County, Alabama, to-wit:

PARCEL 1: Begin at the Southeast Corner of the Northwest 1/4 of Section 1, T-19-N, R-19-E, Elmore County, Alabama, for the following described parcel of land: Thence leaving said Point of Beginning and N89° 00' 01"W 1366.36 feet to an iron pin; thence S89° 12' 08" W 1347.64 feet to an iron pin; thence N02° 20' 31"E 1344.45 feet to an iron pin; thence N00° 15' 22" E 1324.33 feet to an iron pin; thence S89° 44' 47" E 2629.77 feet to an iron pin; thence S00° 29' 47"E 2661.18 feet to the Point of Beginning.
Said described parcel of land lying in the Northwest 1/4 of Section 1, T-19-N, R-19-E, Elmore County, Alabama, and containing 162.01 acres more or less.

PARCEL 2: Commence at the Southwest Corner of the Northeast 1/4 of Section 1, T-19-N, R-19-E, Elmore County, Alabama. Thence leaving said Section corner N00° 29' 47" W 823.18 feet to the Point of Beginning for the following described parcel of land; thence leaving said Point of Beginning continue N00° 29' 47" W 100.11 feet to an iron pin; thence N89° 14' 31" E 2032.90 feet to an iron pin lying on the Western Right of Way of Alabama Highway No. 9 (100' ROW); thence along said Right of Way a chord bearing and distance of S22° 56' 57" W 109.22 feet (Radius = 5729.58') to an iron pin; thence leaving said Right of Way S89° 14' 20" W 1989.44 feet to the Point of Beginning.
Said described parcel of land lying in the Northeast 1/4 of Section 1, T-19-N, R-19-E, Elmore County, Alabama, and containing 4.62 acres more or less.

**The above description taken from survey dated Feb. 8, 2001 by Darrell Hyatt, No. 16673.**

**This conveyance and the covenants of title herein are made subject to any and all restrictions, reservations, easements, rights of way and covenants of record in said county affecting said property.**

**For Ad Valorem Taxes purposes the mailing address of the above Grantee is 1525 ALDUC COURT, MONTGOMERY, AL 36110.**

**TO HAVE AND TO HOLD** to the said GRANTEE, forever. And said GRANTOR does for itself, its successors and assigns, covenant with said GRANTEE, their heirs and assigns, that it is lawfully seized in fee simple of said premises, that they are free from all encumbrances, unless otherwise stated above, that they have a good right to sell and convey the same as aforesaid, and that they will and their successors and assigns shall, warrant and defend the same to the said GRANTEE, their heirs, executors and assigns forever, against the lawful claims of all persons.



EXHIBIT A

IN WITNESS WHEREOF, the said GRANTOR, PLANTATION LAKES, L.L.C. has caused this instrument to be executed by JERRY WILLS, as member, this the 9th day of **FEBRUARY, 2001**.

PLANTATION LAKES, L.L.C.

BY: _____
Jerry Wills, Member

**STATE OF ALABAMA**
**COUNTY OF MONTGOMERY**

I, the undersigned, a Notary Public, in and for said County, in said State, hereby certify that JERRY WILLS, whose name as **MEMBER**, of **PLANTATION LAKES, L.L.C.**, is signed to the foregoing conveyance, and who is known to me, acknowledged before me on this day, that, being informed of the contents of the conveyance, he, as such member and with full authority, executed the same voluntarily for and as the act of said company, on the day the same bears date.

Given under my hand and official seal this the **9th** day of **FEBRUARY, 2001**.

_____
NOTARY PUBLIC

My Commission Expires: Dec. 11, 2004

**THIS INSTRUMENT PREPARED BY:**
Frederick T. Enslen, P.C.
Attorney at Law
Post Office Box 240848
Montgomery, Alabama 36124-0848
Telephone (334) 244-7333