IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:12cr221-MHT |
| WILLIE C. MOODY | ) | |

ORDER

It is ORDERED as follows:

(1) Claimant Vernon F. Johnson's notice of claim (doc. No. 629) is set for an evidentiary hearing on August 29, 2014, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.  Claimant Johnson must be present and should be prepared to present admissible evidence in support of his claim.

(2) The government and defendant Willie C. Moody are to respond to the notice of claim by no later than July 25, 2014.

(3) United States Magistrate Judge Susan Russ Walker shall take care of subpoenaing any witnesses on behalf of

claimant Johnson, including entering any appropriate orders regarding such matter.

(4) Claimant Johnson is informed that if he needs help in subpoenaing witnesses or obtaining documents, he should contact Magistrate Judge Walker.

DONE, this the 14th day of July, 2014.

       /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE