IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CASE NO. 2:12cr221-MHT** |
| | ) | |
| **WILLIE C. MOODY** | ) | |

## MOTION FOR APPROVAL OF STIPULATION OF FINAL SETTLEMENT AND RELEASE OF ALL CLAIMS AS TO THIRD PARTY PETITION OF VERNON F. JOHNSON

Comes now, the United States of America, by and through George L. Beck, Jr., United States Attorney, and Assistant United States Attorney Kevin P. Davidson, both of the Middle District of Alabama, and request the Court to approve the Stipulation of Final Settlement and Release of All Claims as to Third Party Petition of Vernon F. Johnson (Doc. #626, 629) between the United States and Petitioner Vernon F. Johnson, which is attached hereto and incorporated herein.

A proposed Order is attached.

Respectfully submitted this 28th day of July, 2014.

GEORGE L. BECK, JR.
UNITED STATES ATTORNEY

**/s/Kevin P. Davidson**
KEVIN P. DAVIDSON
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
Facsimile: (334) 223-7106
E-mail: Kevin.P.Davidson@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

              Respectfully submitted,

              **/s/Kevin P. Davidson**
              KEVIN P. DAVIDSON
              Assistant United States Attorney