IIN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.         )<br>)<br>WILLIE C. MOODY    ) | CASE NO. 2:12cr221-MHT |

**STIPULATION OF FINAL SETTLEMENT AND RELEASE OF ALL CLAIMS
AS TO THIRD PARTY PETITION OF VERNON F. JOHNSON**
(9555 Central Plank Road, Wetumpka, Alabama)

It is hereby stipulated by and between the United States of America, by and through George L. Beck, Jr., United States Attorney, and Assistant United States Attorney Kevin P. Davidson, both of the Middle District of Alabama; and Vernon F. Johnson (Petitioner), as follows:

1. The parties do hereby agree to settle the third party petition filed by Petitioner, (Docs. #626, 629), upon the terms indicated below, as to the following real property:

**9555 Central Plank Road, Wetumpka, Alabama** (hereinafter, 9555 Central Plank Road):

> PARCEL 1: Begin at the Southeast Corner of the Northwest ¼ of Section 1, T-19-N, R-19-E, Elmore County, Alabama, for the following described parcel of land: Thence leaving said Point of Beginning and N89° 00' 01"W 1366.36 feet to an iron pin; thence S89° 12' 08" W 1347.64 feet to an iron pin; thence N02° 20' 31"E 1344.45 feet to an iron pin; thence N00° 15' 22" E 1324.33 feet to an iron pin; thence S89° 44' 47" E 2629.77 feet to an iron pin; thence S00° 29' 47"E 2661.18 feet to the Point of Beginning.
>
> Said described parcel of land lying in the Northwest ¼ of Section 1, T-19-N, R-19-E, Elmore County, Alabama, and containing 162.01 acres more or less.
>
> PARCEL 2: Commence at the Southwest Corner of the Northeast ¼ of Section 1, T-19-N, R-19-E, Elmore County, Alabama. Thence leaving said Section corner N00° 29' 47" W 823.18 feet to the Point of

UFS

>Beginning for the following described parcel of land; thence leaving said Point of Beginning continue N00° 29' 47" W 100.11 feet to an iron pin; thence N89° 14' 31" E 2032.90 feet to an iron pin lying on the Western Right of Way of Alabama Highway No.9 (100' ROW); thence along said Right of Way a chord bearing and distance of S22° 56' 57" W 109.22 feet (Radius= 5729.58') to an iron pin; thence leaving said Right of Way S89° 14' 20" W 1989.44 feet to the Point of Beginning.
>
>Said described parcel of land lying in the Northeast ¼ of Section 1, T-19-N, R-19-E, Elmore County, Alabama, and containing 4.62 acres more or less.

2.  Petitioner and the United States each own a one-half interest in the real property located at 9555 Central Plank Road and agree that the real property will be sold by the United States.

3.  The parties agree that Petitioner and the United States will each receive one-half of the net sales proceeds to satisfy Petitioner's and the United States' one-half interest. The parties will equally be responsible for the expenses associated with the sale and maintenance of the property. Petitioner's one-half interest shall be forwarded to Petitioner, through attorney Keith A. Howard (102 South Boundary Street, Wetumpka, Alabama 36092).

4.  The United States agrees to remove any documents posted to the property and file a Release of Lis Pendens with the Elmore County Judge of Probate Office, upon the signing of closing settlement documents.

5.  Upon the receipt of his one-half interest in the sales proceeds, Petitioner will release the United States; the State of Alabama; and all entities and authorities established within the State of Alabama and the agents, employees, assigns, and servants of the above described governments, entities and authorities, from any and all actions, causes of action, suits, proceedings, debts, dues, contracts, judgments, damages, claims, and/or demands whatsoever in law or equity which Petitioner, Petitioner=s heirs, successors, or assigns ever had, now have, or

*JFJ*

may have in the future in connection with the seizure, detention, and forfeiture of the real property. The Petitioner expressly waives the recovery of attorney's fees, costs and expenses by any legal action or by any act or law of the United States including, but not limited to, 28 U.S.C. § 2412. This express waiver in no way limits the release as specified above.

6. The parties agree and understand that the appraised value of the property does not guarantee the final sales price of the property.

7. This agreement constitutes the entire understanding between the parties hereto concerning the settlement of this third party petition. No promise or representation that is not expressly set forth herein has been made to Petitioner to obtain his consent to this agreement.

8. Petitioner acknowledges that he fully understanding the provisions of this Stipulation of Final Settlement. Petitioner acknowledges that he has entered into this Stipulation of Final Settlement freely and voluntarily, without coercion, duress, or undue influence.

9. The parties agree that this Stipulation of Final Settlement constitutes a full and complete settlement of this action and that this Stipulation shall be filed and made a part of the record in this case.

10. Each party will bear its own costs except as stated above.

GEORGE L. BECK, JR.
UNITED STATES ATTORNEY

Date: 7/28/14

KEVIN P. DAVIDSON
Assistant United States Attorney
Attorney for United States of America

Date: 7-24-14

VERNON F. JOHNSON, Petitioner

3

Address of Parties:

For the United States:
Office of the United States Attorney
Middle District of Alabama
131 Clayton Street (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7106
E-mail: Kevin.P.Davidson@usdoj.gov


Vernon F. Johnson
1702 Cruson Street
Montgomery AL. 36110