**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 2:12cr221-MHT** |
| | ) | |
| **WILLIE C. MOODY** | ) | |

## O R D E R

Based on the United States' Motion for Approval of Final Settlement and Release of All

Claims as to Third Party Petition of Vernon F. Johnson, it is hereby ORDERED that the  motion

is granted and the Stipulation approved.

SO ORDERED this _____ day of _____, 2014.


_____
UNITED STATES DISTRICT JUDGE