# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:12cr221-MHT |
| | ) | (WO) |
| WILLIE C. MOODY | ) | |

## JUDGMENT AS TO 9555 CENTRAL PLANK ROAD
## WETUMPKA, ALABAMA

Upon consideration of the United States of America's motion for approval of final settlement and release of all claims as to third-party claims of Vernon F. Johnson as to 9555 Central Road, Wetumpka, Alabama, it is ORDERED that:

(1) Said motion (doc. no. 635) is granted.

(2) The stipulation of final settlement and release (doc. no. 635-1) is approved and adopted as the order and judgment of the court as to petitioner Vernon F. Johnson's notice of claims (doc. nos. 626 & 629) as to 9555 Central Plank Road, Wetumpka, Alabama.

SO ORDERED this 18th day of August, 2014.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**