IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:12-cr-221-MHT |
| | ) | |
| WILLIE C. MOODY | ) | |

## MOTION TO CONTINUE SENTENCING

The United States of America, by and through the undersigned counsel, hereby moves to continue the sentencing currently set for August 29, 2014. In support, the government states the following:

1) On March 24, 2014, Moody was convicted of Conspiracy to Distribute and Possession with Intent to Distribute Methamphetamine and other federal charges. Moody's sentencing is currently set for August 29, 2014.

2) On August 20, 2014, the United States received notice that Moody intends to present an expert witness at sentencing. According to the notice, Moody intends to present expert opinion and testimony from Dr. Robert Shaffer. Apparently, Dr. Shaffer is going to provide expert testimony regarding Moody's alleged deficiencies in "executive functioning." Prior to the trial of this matter, the United States and defense counsel had extensive discussions about Moody's mental capabilities. At that time, defense counsel assured the government that Mr. Moody had no mental conditions of concern.

3) To date, the United States has received no reports or summaries of any psychological evaluation performed on Moody.  Pursuant to Rule 16(b)(1)(B)(i),(ii), Federal Rules of Criminal Procedure, the defendant must permit the government, upon request, to inspect and to copy or photograph the results or reports of any physical or mental examination and of any scientific tests or experiment if: (i) the item is within the defendant's possession, custody or control; and  (ii) [the defendant] intends to call the witness who prepared the report and the reports relates to the witnesses' testimony. *See* Rule 16(b)(1)(B)(i),(ii).  Earlier this week, the United States requested these items from Moody's counsel.  While the United States believes that Moody's counsel will provide these reports, they have yet to be received.

4) Once the United States has had the opportunity to review any mental examination or reports, it may become necessary for the United States to hire its own expert to evaluate Dr. Shaffer's report and findings.

5) Due to the fact that the United States has not been provided any reports of Moody's mental condition, and the fact that the United States will need to time to evaluate any such reports, the United States hereby requests that the sentencing currently set for August 29, 2014, be continued.

6) The United States requests a continuance sufficient to review any reports and consult with its own expert.  The United States anticipates that this process could take as long as 90 days.

7) The undersigned has consulted with Attorney David R. Clark regarding this continuance. According to Mr. Clark, he has no grounds to oppose this Motion to Continue.

WHEREFORE, for the foregoing reasons, the United States respectfully requests that Moody's sentencing be continued for at least 90 days.

          Respectfully submitted,

*/s/Verne H. Speirs*
VERNE H. SPEIRS
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Tel: (334) 223-7280
Fax: (334) 223-7135
Email: verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 2:12-cr-221-MHT |
| ) | |
| WILLIE C. MOODY   ) | |

## **CERTIFICATE OF SERVICE**

I, Verne H. Speirs, hereby certify that on August 22, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to attorneys of record.

*/s/Verne H. Speirs*
VERNE H. SPEIRS
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: verne.speirs@usdoj.gov

4