IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )   CRIMINAL ACTION NO.
     v.                     )       2:12cr221-MHT
                            )            (WO)
WILLIE C. MOODY             )
```

ORDER

The court wishes to correct errata in regards to its order and opinion entered September 4, 2014 (doc. no. 680). Accordingly, it is ORDERED that the following changes are made:

(1) The style on page 1,

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
    UNITED STATES OF AMERICA        )
                                    )   CRIMINAL ACTION NO.
         v.                         )       2:12cr221-MHT
                                    )            (WO)
    WILLIAM CHRISTOPHER MOODY       )
```

is replaced by the following style:

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:12cr221-MHT |
| | ) | (WO) |
| WILLIE C. MOODY | ) | |

(2) The sentence on page 1,

Defendant William Christopher Moody was found guilty of conspiracy to possess with intent to distribute a mixture or substance containing methamphetamine, possession with intent to distribute and distribution of methamphetamine, and unlawful use of a communication facility.

is replaced by the following sentence:

Defendant Willie C. Moody was found guilty of conspiracy to possess with intent to distribute a mixture or substance containing methamphetamine, possession with intent to distribute and

distribution of methamphetamine, and unlawful use of a communication facility.

(3) The sentence on page 6,

Accordingly, pursuant to 18 U.S.C. §§ 4241(b) and 4247, it is ORDERED that the government's motion for a 'competency evaluation' of defendant William Christopher Moody (doc. no. 671) is granted.

is replaced by the following sentence:

Accordingly, pursuant to 18 U.S.C. §§ 4241(b) and 4247, it is ORDERED that the government's motion for a 'competency evaluation' of defendant Willie C. Moody (doc. no. 671) is granted.

DONE, this the 4th day of December, 2014.

                                 ___/s/ Myron H. Thompson___
                                 **UNITED STATES DISTRICT JUDGE**