IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:12cr221-MHT |
| | ) | (WO) |
| WILLIE C. MOODY | ) | |

OPINION AND ORDER

This cause is now before the court on the question whether defendant Willie C. Moody has the mental capacity to stand trial, that is, whether he is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is not able to understand the nature and consequences of the proceedings against him or to assist properly in his defense. See 18 U.S.C. § 4241(a). Based on evidence presented in open court on December 17, 2014, the court finds that he is currently competent and has been competent from the beginning of these criminal proceedings.

The government requested an examination to determine whether Moody was competent based on a neuropsychological evaluation, submitted by Moody in

his motion for downward variance, which found that Moody had moderate severity dementia. Although defense counsel did not believe the dementia presented a competency issue, the government moved for a competency evaluation, and the court granted the motion.

Licensed psychologists Randall Rattan, Ph.D., and Lisa Bellah, Ph.D., evaluated Moody at the Federal Correctional Institute in Fort Worth, Texas. <u>See</u> 18 U.S.C. § 4241(b). Drs. Rattan and Bellah concluded that Moody "did not appear to suffer from a mental disease or defect rendering him unable to understand the nature and consequences of the proceedings against him or to properly assist in his defense." Psychological Evaluation submitted by Randall Rattan, Ph.D., and Lisa Bellah, Ph.D., dated November 14, 2014 (Doc. No. 731), at 9. Although they did find that Moody's memory functioning may have decreased from high average ability to average/below average, this information does not create reasonable cause to believe that Moody may not be competent. <u>Id</u>. Furthermore, in open court on

December 17, 2014, counsel for both sides rested on this report and the neuropsychological evaluation submitted by Moody as part of the motion for downward variance.

Based upon the psychological evaluation and pursuant to 18 U.S.C. § 4241(a), the court concludes that Moody is not currently--and, from the beginning of these criminal proceedings, has not been--suffering from a mental disease or defect such that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

***

Accordingly, it is ORDERED that defendant Willie C. Moody is declared currently mentally competent to stand trial and he has been mentally competent from the beginning of the criminal proceedings in this case.

DONE, this the 19th day of December, 2014.

                                                      /s/ Myron H. Thompson
                                                UNITED STATES DISTRICT JUDGE