IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:12cr221-MHT |
| | ) | (WO) |
| WILLIE C. MOODY | ) | |

ORDER

Counsel for defendant Willie C. Moody having orally informed the court that defendant Moody does not object, it is ORDERED that government's motion for an order authorizing the destruction of firearms (doc. no. 693) is granted and that the destruction of the following firearms is authorized:

(1) Rossi rifle, bearing serial number G97065;

(2) Remington Arms Company, Inc., model 522 Viper, .22 caliber rifle, bearing serial number 3133484;

(3) Remington Arms Company, Inc., model 742, 30-06 caliber rifle, bearing serial number B7419418;

(4) .410 shotgun (unknown manufacturer, no serial number); and

(5) Remington Arms Company, Inc., model 870, 12 gauge shotgun, bearing serial number 1030204V.

DONE, this the 22nd day of December, 2014.

                                              /s/ Myron H. Thompson
                                          **UNITED STATES DISTRICT JUDGE**