IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>                                            )<br>    v.                            )<br>                                            )<br>WILLIE C. MOODY           ) | CRIMINAL ACTION NO.<br>2:12cr221-MHT<br>(WO) |

### ORDER

The parties having informed the court, during an on-the-record conference call on April 7, 2016, that, in light of the Supreme Court's recent decision in <u>Henderson v. United States</u>, 135 S. Ct. 1780 (2015), they may be able to resolve the pending motion for reconsideration (doc. no. 750), regarding the destruction of certain firearms, it is ORDERED that the motion for reconsideration (doc. no. 750) is set for an on-the-record conference call on May 11, 2016, at 10:00 a.m.  Between now and then the parties should attempt to resolve said motion.  The clerk of the court is to

arrange for the conference call.

DONE, this the 8th day of April, 2016.

                                          /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**