IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL CASE NO. |
| v. | ) | 2:12cr221-MHT |
| | ) | (WO) |
| WILLIE C. MOODY | ) | |

**O R D E R**

Before the court is the parties' proposed settlement of the firearms issue (doc. no. 830). Having considered the proposed settlement as well as the representations made on the record on May 25, 2016, this court finds that the proposed settlement is reasonable.

Accordingly, it is hereby ORDERED that the firearms listed in doc. no. 180 be transferred to Patricia Berry, daughter of defendant Willie C. Moody. The court is satisfied that defendant Moody will not be able to gain actual or constructive possession of said firearms.

DONE, this the 7th day of June, 2016.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE