# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:12cr221-MHT |
| | ) | (WO) |
| WILLIE C. MOODY | ) | |

## ORDER

Before the court is the parties' proposed settlement of the firearms issue (doc. no. 830). Having considered the proposed settlement as well as the representations made by the parties on the record on May 25, 2016, the court finds that the proposed settlement is reasonable, and the court is satisfied that defendant Moody will not be able to gain actual or constructive possession of the firearms.

Accordingly, it is **ORDERED** that the firearms listed in doc. no. 830, and below, be transferred to Patricia Berry, daughter of Willie C. Moody:

1. a Rossi rifle, bearing serial number G97065;

2. a Remington Arms Company, Inc., model 522 Viper, .22 caliber rifle, bearing serial number 3133484;

3. a Remington Arms Company, Inc., model 742, 30-06 caliber rifle, bearing serial number B7419418;

4. a .410 shotgun (unknown manufacturer, no serial number); and,

5. a Remington Arms Company, Inc., model 870, 12 gauge shotgun, bearing serial number 1030204V.

DONE, this the 8th day of June, 2016.

                                                  /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE